CATHERINE ROACH, as Administratrix of THOMAS H. ROACH, Deceased, Respondent, *v.* THE CITY OF OGDENSBURG, Appellant.

*Roach* v. *City of Ogdensburg,* 91 Hun, 9, affirmed.
(Argued June 17, 1897; decided October 5, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the third judicial department, entered December 13, 1895, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial made upon the minutes.

*Louis Hasbrouck* for appellant.

*John M. Kellogg* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, J., absent.

---

CHRISTINA KUHN, as Administratrix of JOSEPH KUHN, Deceased, Respondent, *v.* THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.

*Kuhn* v. *Delaware, L. & W. R. R. Co.,* 92 Hun, 74, affirmed.
(Argued June 18, 1897; decided October 5, 1897.)

APPEAL from a judgment of General Term of the Supreme Court in the fourth judicial department, entered December 30, 1895, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*William Kernan* for appellant.

*Charles H. Searle* for respondent.

Judgment affirmed on opinion below, with costs.
All concur, except GRAY, J., absent.